# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHAUN KOTLARSKY,<br>      Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.<br>      Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 2:15-cv-11940-VAR-APP**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without attorney's fees or cost to either party.

| | |
|---|---|
| */s/ Charity A. Olson* | */s/ Amy L. Bennecoff Ginsburg* |
| Charity A. Olson | Amy L. Bennecoff Ginsburg |
| Olson Law Group | Kimmel & Silverman, P.C. |
| 2723 S State Street | 30 East Butler Pike |
| Suite 150 | Ambler, PA 19002 |
| Ann Arbor MI 48104 | Phone: (215) 540-8888 |
| Phone: (734) 222-5179 | Fax: (877) 788-2864 |
| Fax: (866) 941-8712 | Email: aginsburg@creditlaw.com |
| Email: colson@olsonlawpc.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: July 21, 2015 | Date: July 21, 2015 |

SO ORDERED.

                                              S/Victoria A. Roberts
                                              United States District Judge

Dated: 7/21/2015

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of July, 2015:

Charity A. Olson, Esq.
Olson Law Group
2723 S State Street
Suite 150
Ann Arbor, MI 48104
colson@olsonlawpc.com

                                       */s/ Amy L. Bennecoff Ginsburg*
                                       Amy L. Bennecoff Ginsburg
                                       Kimmel & Silverman, P.C.
                                       30 East Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Fax: (877) 788-2864
                                       Email: aginsburg@creditlaw.com
                                       Attorney for the Plaintiff